**DISMISSED and Opinion Filed November 13, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00519-CV

**ESTER WILLIAMS, A HOLEE BAIL BONDS, Appellant**
**V.**
**JOANN SEMPLE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-06177-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Molberg

Before the Court is the appellant's November 1, 2019 motion to dismiss appeal. Pursuant

to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal

without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
JUSTICE

190519f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ESTER WILLIAMS, A HOLEE BAIL
BONDS, Appellant

No. 05-19-00519-CV    V.

JOANN SEMPLE, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-16-06177-C.
Opinion delivered by Justice Molberg,
Chief Justice Burns and Justice Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** without prejudice.

Subject to any agreement between the parties, it is **ORDERED** that appellee Joann Semple recover her costs, if any, of this appeal from appellant Ester Williams, A Holee Bail Bonds.

Judgment entered this 13th day of November 2019.